JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 20-241 JGB (SHKx)** | Date | February 9, 2022 |
|---|---|---|---|
| Title | *Pernell Swahili El v. Cary Treff, et al.* | | |

| Present: The Honorable | JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE |
|---|---|

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None | None |

**Proceedings:**     **Order DISMISSING Plaintiff's Complaint for Failure to Prosecute (IN CHAMBERS)**

    Plaintiff Pernell Swahili El filed a Complaint on February 6, 2020.  (Dkt. No. 20.)  On the same day, Plaintiff filed an application to proceed *in forma pauperis*.  (Dkt. No. 3.)  The Court denied the application on February 12, 2020, and ordered Plaintiff to pay the filing fees in full within 30 days or the action would be dismissed.  (Dkt. No. 6.)  Plaintiff appealed.  (Dkt. No. 7.)  The Ninth Circuit dismissed Plaintiff's appeal for failure to prosecute on July 9, 2020.  (Dkt. No. 11.)  The Ninth Circuit held that its order served on the district court "shall, 21 days after the date of the order, act as the mandate of this court."  (Id.)

    Rule 41(b) of the Federal Rules of Civil Procedure grants the Court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders.  See Fed. R. Civ. P. 42(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016).  A plaintiff must prosecute his case with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b).  Anderson v. Air W., Inc., 542 F.2d 522, 524 (9th Cir. 1976).  Here, Plaintiff has failed to prosecute this case with reasonable diligence.  Accordingly, the Court DISMISSES Plaintiff's action pursuant to Rule 41(b).

    The Clerk of the Court is directed to close the case.

    **IT IS SO ORDERED.**